**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Wilson Rodrigo Villena Sanchez, Gustavo Galarza, and Andres Luna *individually and on behalf of others similarly situated,*<br><br>*Plaintiffs,*<br><br>-against-<br><br>DPC New York Inc. (d/b/a DP Consulting), DP Consulting Corp. (d/b/a DP Consulting), Thomas Pepe, and Christopher Pepe,<br><br>*Defendants.* | 17-cv-00455-SDA<br><br>SETTLEMENT AGREEMENT<br>AND<br>RELEASE |

      This Settlement Agreement and Release of Claims ("Agreement") is entered into by and among Plaintiffs Wilson Rodrigo Villena Sanchez, Gustavo Galarza, and Andres Luna ("Plaintiffs") on the one hand, DPC New York Inc. (d/b/a DP Consulting) and DP Consulting Corp. (d/b/a DP Consulting), ("Defendant Corporations"), Thomas Pepe and Christopher Pepe, ("Individual Defendants"), (collectively, "Defendants"), on the other hand.

      WHEREAS, Plaintiffs allege that they worked for Defendants as employees; and

      WHEREAS, a dispute has arisen regarding Plaintiffs' alleged employment and the terms thereof, which dispute has resulted in the filing of an action in the United States District Court for the Southern District of New York, Civil Action No: 17-cv-00455-SDA (hereinafter "the Litigation"), alleging, among other things, a violation of federal and state wage and hour and overtime laws;

      WHEREAS, Defendants deny any violation of federal and state wage and hour and overtime laws; and

      WHEREAS, the parties desire to resolve all disputes between them without the necessity of further litigation;

      NOW, THEREFORE, in consideration of the mutual covenants and promises herein contained and other good and valuable consideration, receipt of which is hereby acknowledged, it is hereby agreed as follows:

      1. <u>Payment</u>: Defendants shall pay or cause to be paid to Plaintiffs and their counsel, subject to the terms and conditions of this Agreement, the gross sum of One Hundred Twenty-Four Thousand Dollars and No Cents (**$124,000.00**) plus attorneys' fees and costs (the "Settlement Amount"), within

1231196.1

forty (40) days of approval of this Agreement by the Court, or any order modifying and entering this Agreement. The settlement amount of $124,000.00 will be distributed as follows: Plaintiff Wilson Rodrigo Villena Sanchez will receive a check for $24,000.00, Gustavo Galarza will receive a check for $25,000.00 and Plaintiff Andres Luna will receive a check for $75,000.00. Attorneys' fees and costs will be determined at a later date by the court.

(a) 1 (a) The payment set forth above in this Paragraph shall be delivered to the office of Michael Faillace & Associates, P.C. to the attention of Michael Faillace, Esq., at One Grand Central Place, 60 East 42nd Street, Suite 4510, New York, NY 10165.

(b) The Plaintiffs expressly understand and agree that they shall be solely responsible for the payment of all federal, state and local taxes due on the Settlement Amount. As a necessary precondition to payment of the Settlement Amount, both Michael Faillace and Associates, P.C. and the Plaintiffs must each provide counsel for Defendants with properly completed, duly executed IRS Forms W-9. Defendants shall issue IRS Forms 1099 to Plaintiffs and to Michael Faillace and Associates, P.C. in connection with the payment of the Settlement Amount.

(c) Concurrently with the execution of this Agreement, Defendants DPC New York Inc. (d/b/a DP Consulting) and DP Consulting Corp. (d/b/a DP Consulting), Thomas Pepe and Christopher Pepe, shall each execute and deliver to Plaintiffs' counsel confessions of judgment ("Confessions of Judgment") in the form annexed hereto as Exhibits respectively. The Parties hereby acknowledge and agree that the Confessions of Judgments will be held in escrow by Plaintiffs' hereby irrevocably and unconditionally release counsel, and will not be entered and/or filed at any time other than (i) in the event that the Defendants fail to make any of the installment payments as set forth above, i.e., one of the postdated checks fails to clear s' counsel's escrow account, or Defendants fail to deliver the payments to s' counsel within five days of the Court approving the Agreement, and (ii) Defendants fail to cure such default within seven (7) business days of receipt of written notice (to be delivered to Defendants by first class mail via their counsel, Michael Rabinowitz , Esq., at 94 Willis Avenue, Mineola, NY 11501. Any such Notice of Default shall be deemed received five (5) days after it is mailed.

2. <u>Release and Covenant Not To Sue</u>:   Plaintiffs hereby irrevocably and unconditionally release from and forever discharges and covenant not to sue Defendants, and for each of them, their heirs, successors, assigns, affiliates, parent organizations, subsidiaries, directors, owners, shareholders, members, agents, attorneys, legal representatives and managers any and all charges, complaints, claims, causes of action, suits, debts, liens, contracts, rights, demands, controversies, losses, costs and or expenses, including legal fees and any other liabilities of any kind or nature whatsoever, known or unknown, suspected or unsuspected, whether fixed or contingent (hereinafter referred to as "claim" or "claims") which each Plaintiff at any time has, had, claims or claimed to have against Defendants relating specifically to the claims in the Litigation that have occurred as of the Effective Date of this Agreement. Similarly, Defendants release and discharge Plaintiffs from any and all known claims, and liabilities of any kind that they have, had or claimed to have against Plaintiffs relating specifically to the claims in the Litigation that have occurred as of the Effective Date of this Agreement.

3.   No Admission of Wrongdoing: This Agreement and compliance with this Agreement shall not be construed as an admission by Defendants of any liability whatsoever, or of any violation of any statute, regulation, duty, contract, right or order.

4.   Modification of the Agreement: This Agreement may not be changed unless the changes are in writing and signed by a proper representative of Plaintiffs and Defendants.

5.   Acknowledgments: Plaintiffs and Defendants acknowledge that they are not relying upon any statement, representation or promise in executing this Agreement except for statements, representations or promises expressly set forth in this Agreement. They further acknowledge and agree that the only consideration for signing this Agreement is as set forth in this Agreement.

6.   Notices: Notices required under this Agreement shall be in writing and shall be deemed given on the first business day following first-class mailing and electronic transmission thereof. Notice hereunder shall be delivered to:

To Plaintiffs:

Michael Faillace, Esq.
MICHAEL FAILLACE & ASSOCIATES, P.C.
60 East 42nd St. Suite 4510
New York, NY 10165
Tel: (212) 317-1200
Fax: (212) 317-1620
Email: michael@faillacelaw.com

To Defendants:

Michael Marc Rabinowitz
Rabinowitz and Galina, Esqs.
94 Willis Avenue
Mineola, NY 11357
Tel: (516) 739-8222
Fax: (516) 739-8225
Email: mwitz@optonline.net

7.   Governing Law: This Agreement shall be governed by, and interpreted in accordance with, the laws of the State of New York, excluding the conflict-of-laws principles thereof. The parties consent and stipulate to the personal jurisdiction of the United States District Court for the Southern District of New York and the Supreme Court of the State of New York in any subsequent proceeding to enforce this Agreement.

8.   Enforceability: If any provision of this Agreement is held to be illegal, void, or unenforceable, such provision shall be of no force or effect. However, the illegality or

unenforceability of such provision shall have no effect upon, and shall not impair the legality or enforceability of, any other provision of this Agreement, provided, however, that upon any finding by a court of competent jurisdiction that a release or waiver of claims or rights or a covenant set forth herein is illegal, void or unenforceable, Plaintiffs agree to promptly execute a release, waiver and/or covenant that is legal and enforceable.

9. <u>Release Notification</u>: Defendants advised Plaintiffs to discuss the terms of this Agreement and release of claims with their legal counsel and Plaintiffs acknowledge that they have consulted with Michael Faillace, Esq. of Michael Faillace & Associates, P.C., Plaintiffs acknowledge that it is their choice to waive any potential claims in return for the benefits set forth herein and that each of them made this decision after careful thought and a reasonable period of time to consider this Agreement, and after an opportunity to consult with their attorneys. Plaintiffs confirm that this Settlement Agreement and Release has been translated to them in Spanish and that they understand the terms of this Agreement and that they are signing this Agreement voluntarily.

10. <u>Counterparts</u>: To signify their agreement to the terms of this Agreement and Release, the parties have executed this Agreement on the date set forth opposite their signatures, which appear below. This Agreement may be executed in two or more counterparts and each of such counterparts, for all purposes, shall be deemed to be an original but all of such counterparts together shall constitute but one and the same instrument, binding upon all parties hereto, notwithstanding that all of such parties may not have executed the same counterpart. This agreement may also be executed by facsimile transmission.

PLAINTIFFS:

By: _____   Date: 5-29-19
WILSON RODRIGO VILLENA SANCHEZ

By: _____   Date: 5/29/2019
GUSTAVO GALARZA

By: _____   Date: 5/29/2019
ANDRES LUNA


DEFENDANTS:

By: _____   Date: 4/9/19
DPC NEW YORK INC.

By: _____   Date: _____

DP CONSULTING CORP.

By: _____   Date: _____
    THOMAS PEPE

By: _____   Date: 5/9/19
    CHRISTOPHER PEPE

ANDR SERVICES GROUP INC.

By: _____   Date: April 25, 2019
    Marcelo Andrade

# EXHIBIT A

DP CONSULTING CORP.

By: _____  Date: 4/9/\_\_

THOMAS PEPE

By: _____  Date: _____

CHRISTOPHER PEPE

# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
---------------------------------x
Wilson Rodrigo Villena Sanchez, Gustavo
Galarza, and Andres Luna *individually and
on behalf of others similarly situated,*

      Plaintiffs,

  -against-

DPC New York Inc. (d/b/a DP Consulting),
DP Consulting Corp. (d/b/a DP
Consulting), Thomas Pepe, and,
Christopher Pepe,

      *Defendants.*

---------------------------------x

Index No.: **17-cv-00455-SDA**

**AFFIDAVIT OF CONFESSION OF JUDGMENT**

STATE OF NEW YORK )
        : ss.:
COUNTY OF New York )

  1. I reside in NY County.

  2. I, Thomas Pepe, am the President of DPC New York Inc. (d/b/a DP Consulting). I am duly authorized to make this affidavit of confession of judgment on behalf of DPC New York Inc. (d/b/a DP Consulting).

  3. DPC New York Inc. (d/b/a DP Consulting), maintains its principal place of business in New York County at 420 Madison Avenue, 14th floor, New York, New York 10017.

  4. Pursuant to the terms of the Settlement Agreement and Release by and between Wilson Rodrigo Villena Sanchez, Gustavo Galarza, and, Andres Luna (each a "Plaintiff" and collectively, "Plaintiffs") and DPC New York Inc. (d/b/a DP Consulting), DP Consulting Corp. (d/b/a DP Consulting), Thomas Pepe, and Christopher Pepe (each a "Defendant" and collectively, "Defendants"), to which this Affidavit is annexed, I hereby confess judgment and authorize entry thereof against DPC New York Inc. (d/b/a DP Consulting) in favor of Plaintiffs for the sum of One Hundred Twenty-Five Thousand Dollars and No Cents ($124,000.00) plus attorneys' fees and costs, less any payments made under the Settlement Agreement.

  5. This affidavit of confession of judgment is for a debt justly due to Plaintiffs under the terms of the Settlement Agreement, to which this Affidavit is annexed, which provides that Defendants are to submit a total sum of $124,000.00 plus attorneys' fees and costs to Plaintiffs. The amount of this affidavit of confession of judgment represents the settlement amount of $124,000.00 plus attorneys' fees and costs.

6.  This affidavit is made upon good and valuable consideration, the sufficiency of which I acknowledge on behalf of Defendants, including, without limitation, the terms and provisions of the Settlement Agreement.

7.  I hereby represent my understanding that upon Defendants' breach of the Settlement Agreement and failure to cure, this Confession of Judgment shall be docketed and entered in the Supreme Court of the State of New York as a judgment for $124,000.00 plus attorneys' fees and costs (less any amounts already paid to Plaintiffs pursuant to the above schedule), against DPC New York Inc. (d/b/a DP Consulting).

DPC New York Inc.

By: _____
Thomas Pepe
Title: President

STATE OF New York )
                  : ss.:

On April 9, 2019, before me personally came Thomas Pepe, to me known, who, by me duly sworn, did depose and say that deponent resides at NY NY, that deponent is the President of DPC New York Inc. the party described herein, and that deponent executed the foregoing Affidavit of Confession of Judgment on behalf of DPC New York Inc. and was authorized to do so.

_____
Notary Public

MICHAEL M RABINOWITZ
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02RA4829813
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES AUGUST 31, 2005

# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
------------------------------x
Wilson Rodrigo Villena Sanchez, Gustavo :
Galarza, and, Andres Luna *individually* :
*and on behalf of others similarly situated*, :  Index No.: **17-cv-00455-SDA**
:
*Plaintiffs*, :
: **AFFIDAVIT OF CONFESSION OF**
-against- : **JUDGMENT**
:
DPC New York Inc. (d/b/a DP Consulting), :
DP Consulting Corp. (d/b/a DP :
Consulting), Thomas Pepe, and, :
Christopher Pepe, :
:
*Defendants.*
------------------------------x

STATE OF NEW YORK  )
                   : ss.:
COUNTY OF New York )

1. I reside in New York County.

2. I, Thomas Pepe, am the President DP Consulting Corp. (d/b/a DP Consulting). I am duly authorized to make this affidavit of confession of judgment on behalf of DP Consulting Corp. (d/b/a DP Consulting).

3. DP Consulting Corp. (d/b/a DP Consulting), maintains its principal place of business in New York County at 420 Madison Avenue, 14th floor, New York, New York 10017.

4. Pursuant to the terms of the Settlement Agreement and Release by and between Wilson Rodrigo Villena Sanchez, Gustavo Galarza, and Andres Luna (each a "Plaintiff" and collectively, "Plaintiffs") and DPC New York Inc. (d/b/a DP Consulting), DP Consulting Corp. (d/b/a DP Consulting), Thomas Pepe, and, Christopher Pepe (each a "Defendant" and collectively, "Defendants"), to which this Affidavit is annexed, I hereby confess judgment and authorize entry thereof against DP Consulting Corp. (d/b/a DP Consulting) in favor of Plaintiffs for the sum of One Hundred Twenty-Five Thousand Dollars and No Cents ($124,000.00) plus attorneys' fees and costs, less any payments made under the Settlement Agreement.

5. This affidavit of confession of judgment is for a debt justly due to Plaintiffs under the terms of the Settlement Agreement, to which this Affidavit is annexed, which provides that Defendants are to submit a total sum of $124,000.00 plus attorneys' fees and costs to Plaintiffs. The amount of this affidavit of confession of judgment represents the settlement amount of $124,000.00 plus attorneys' fees and costs.

6. This affidavit is made upon good and valuable consideration, the sufficiency of which I acknowledge on behalf of Defendants, including, without limitation, the terms and provisions of the Settlement Agreement.

7. I hereby represent my understanding that upon Defendants' breach of the Settlement Agreement and failure to cure, this Confession of Judgment shall be docketed and entered in the Supreme Court of the State of New York as a judgment for $124,000.00 plus attorneys' fees and costs (less any amounts already paid to Plaintiffs pursuant to the above schedule), against DP Consulting Corp. (d/b/a DP Consulting).

DP Consulting Corp.

By: _____
Thomas Pepe
Title: President

STATE OF New York )
                 : ss.:

On April 19, 2019, before me personally came Thomas Pepe, to me known, who, by me duly sworn, did depose and say that deponent resides at NY, that deponent is the <u>President</u> of DP Consulting Corp. the party described herein, and that deponent executed the foregoing Affidavit of Confession of Judgment on behalf of DP Consulting Corp. and was authorized to do so.

_____
Notary Public

MICHAEL M RABINOWITZ
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02RA4829813
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES AUGUST 31, 2005

# EXHIBIT C

SUPREME COURT OF THE STATE OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
Wilson Rodrigo Villena Sanchez, Gustavo :
Galarza, and Andres Luna *individually and* :
*on behalf of others similarly situated,* : Index No.: **17-cv-00455-SDA**
 :
*Plaintiffs,* :
 : **AFFIDAVIT OF CONFESSION OF**
-against- : **JUDGMENT**
 :
DPC New York Inc. (d/b/a DP Consulting), :
DP Consulting Corp. (d/b/a DP :
Consulting), Thomas Pepe, and, :
Christopher Pepe, :
 :
 :
*Defendants.* :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF  New York )

1. I reside in  NY      County.

2. Pursuant to the terms of the Settlement Agreement and Release by and between Wilson Rodrigo Villena Sanchez, Gustavo Galarza, and, Andres Luna (each a "Plaintiff" and collectively, "Plaintiffs") DPC New York Inc. (d/b/a DP Consulting), DP Consulting Corp. (d/b/a DP Consulting), Thomas Pepe, and Christopher Pepe (each a "Defendant" and collectively, "Defendants"), to which this Affidavit is annexed, I hereby confess judgment and authorize entry thereof against me individually and in favor of Plaintiffs for the sum of One Hundred Twenty-Five Thousand Dollars and No Cents ($124,000.00) plus attorneys' fees and costs, less any payments made under the Settlement Agreement.

3. This affidavit of confession of judgment is for a debt justly due to Plaintiffs under the terms of the Settlement Agreement, to which this Affidavit is annexed, which provides that Defendants are to submit a total sum of $124,000.00 plus attorneys' fees and costs to Plaintiffs. The amount of this affidavit of confession of judgment represents the settlement amount of $124,000.00 plus attorneys' fees and costs.

4. This affidavit is made upon good and valuable consideration, the sufficiency of which I acknowledge on behalf of Defendants, including, without limitation, the terms and provisions of the Settlement Agreement.

5. I hereby represent my understanding that upon Defendants' breach of the

Settlement Agreement and failure to cure, this Confession of Judgment shall be docketed and entered in the Supreme Court of the State of New York as a judgment for $124,000.00 plus attorneys' fees and costs (less any amounts already paid to Plaintiffs pursuant to the above schedule), against me, Thomas Pepe.

_____
Thomas Pepe

Sworn to before me this
9 day of Apl. 2019

_____
Notary Public

MICHAEL M RABINOWITZ
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02RA4829813
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES AUGUST 31, 2005

SUPREME COURT OF THE STATE OF NEW YORK
---------------------------------------x
Wilson Rodrigo Villena Sanchez, Gustavo :
Galarza, and Andres Luna *individually and* :
*on behalf of others similarly situated,* : Index No.: 17-cv-00455-SDA
:
Plaintiffs, :
: **AFFIDAVIT OF CONFESSION OF**
-against- : **JUDGMENT**
:
DPC New York Inc. (d/b/a DP Consulting), :
DP Consulting Corp. (d/b/a DP :
Consulting), Thomas Pepe, and, :
Christopher Pepe, :
:
*Defendants.*

---------------------------------------x

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF            )

1. I reside in _____ County.

2. Pursuant to the terms of the Settlement Agreement and Release by and between Wilson Rodrigo Villena Sanchez, Gustavo Galarza, and, Andres Luna (each a "Plaintiff" and collectively, "Plaintiffs") DPC New York Inc. (d/b/a DP Consulting), DP Consulting Corp. (d/b/a DP Consulting), Thomas Pepe, and, Christopher Pepe (each a "Defendant" and collectively, "Defendants"), to which this Affidavit is annexed, I hereby confess judgment and authorize entry thereof against me individually and in favor of Plaintiffs for the sum of One Hundred Twenty-Five Thousand Dollars and No Cents ($124,000.00) plus attorneys' fees and costs, less any payments made under the Settlement Agreement.

3. This affidavit of confession of judgment is for a debt justly due to Plaintiffs under the terms of the Settlement Agreement, to which this Affidavit is annexed, which provides that Defendants are to submit a total sum of 124,000.00 plus attorneys' fees and costs to Plaintiffs. The amount of this affidavit of confession of judgment represents the settlement amount of $124,000.00 plus attorneys' fees and costs.

6. This affidavit is made upon good and valuable consideration, the sufficiency of which I acknowledge on behalf of Defendants, including, without limitation, the terms and provisions of the Settlement Agreement.

7. I hereby represent my understanding that upon Defendants' breach of the

Settlement Agreement and failure to cure, this Confession of Judgment shall be docketed and entered in the Supreme Court of the State of New York as a judgment for $124,000.00 plus attorneys' fees and costs (less any amounts already paid to Plaintiffs pursuant to the above schedule), against me, Christopher Pepe.

_____
Marcelo Andrade

Sworn to before me this
25th day of April 2019

_____
Notary Public

BARBARA J. MAY
Notary Public - State of New York
No. 01MA6178054
Qualified in New York County
My Commission Expires November 19, 2019